429 A.2d 107

Harrison v. Brodmerkel et al.

Appeal of Brodmerkel, M. D.

Argued November 13, 1979. Louis Anstandig, for appellants; Warren Ferry, for appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Affirmed.